UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERRICK JONES and CAROL JONES (aka Carol Sieczkowski)<br><br>    Plaintiffs,<br><br>    v.<br><br>AMERIQUEST MORTGAGE COMPANY,<br><br>    Defendant. | Civil Action No.: 06 CA 11462 MEL |

## NOTICE OF APPEARANCE

Please enter the appearance of Sarah C. Kellogg on behalf of defendant Ameriquest Mortgage Company ("Ameriquest").  Counsel for Ameriquest identified below request receipt of notice of court filings in this matter by the Case Management/Electronic Filing System.

    Respectfully submitted,

    AMERIQUEST MORTGAGE COMPANY,

    By its attorneys,

      /s/ *Sarah C. Kellogg*
    R. Bruce Allensworth (BBO# 015820)
    Sarah C. Kellogg (BBO# 637530)
    Eileen E. Pott (BBO# 662350)
    KIRKPATRICK & LOCKHART
     NICHOLSON GRAHAM LLP
    State Street Financial Center
    One Lincoln Street
    Boston, MA 02111-2950
    (617) 261-3100
    ballensworth@klng.com
    skellogg@klng.com
    epott@klng.com

Dated:  October 27, 2006

BOS-1020285 v1

- 2 -

## **CERTIFICATE OF SERVICE**

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 27th day of October, 2006 and was also caused to be sent to all the following counsel of record via U.S. Mail.

Christopher M. Lefebvre (Bar No. 4019)
Claude Lefebvre, Christopher Lefebvre, P.C.
P.O. Box 479
Pawtucket, RI 02862

                                                 */s/ Sarah C. Kellogg*
                                                   Sarah C. Kellogg